# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JENEE LUELL,**

        **Plaintiff,**

        v.                                             **Case No. 25-CV-190**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

        **Defendant.**

## ORDER AWARDING ATTONEY FEES

Before the court is the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 16.) The motion seeks $781.93 in full satisfaction of any claims under the EAJA.

This court has authority to award fees under the EAJA in Social Security cases where the plaintiff is the prevailing party. 28 U.S.C. § 2412(d)(1)(A). Fee motions are governed by Fed. R. Civ. P. 54(d)(2), requiring submission within 14 days after judgment unless otherwise provided by statute. The EAJA extends this to 30 days after final judgment. 28 U.S.C. § 2412(d)(1)(B).

The court entered judgment on April 22, 2025, remanding the case for further proceedings. The motion, filed July 14, 2025, is timely within the 30-day period following the expiration of the 60-day appeal window. *See* Fed. R. App. P. 4(a)(1)(B). The stipulated amount is reasonable and reflects a compromise settlement.

**IT IS THEREFORE ORDERED** that the plaintiff is awarded $781.93 (seven hundred eighty-one dollars and ninety-three cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to the plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to the plaintiff and not the plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If the defendant can verify that the plaintiff does not owe a pre-existing debt to the government subject to the offset, the defendant will direct that the award be made payable to **Stephen Sloan** pursuant to the EAJA assignment duly signed by the plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Osterhout Berger Daley**
**4256 N Ravenswood Ave**
**Chicago, IL 60613**

Dated at Green Bay, Wisconsin this 15th day of July, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge